# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                        NO. 4:08CR00016 JLH

ERIC SANCHEZ                                                                             DEFENDANT

## ORDER

The government's motion for dismissal of forfeiture allegation is GRANTED. Document #28. The forfeiture allegation contained in the Second Superseding Indictment against Eric Sanchez is hereby dismissed.

IT IS SO ORDERED this 11th day of June, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE